UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81058-Civ-SCOLA

MARIA A. PALACIO,

      Plaintiff,
vs.

CITI MORTGAGE, INC.,

      Defendant.
_____/

**ORDER GRANTING MOTION FOR APPOINTMENT OF NEW MEDIATOR AND FOR EXTENSION OF TIME TO SCHEDULE MEDIATION**

THIS MATTER is before the Court upon the Motion for Appointment of a Different Mediator and for an Extension of Time to Conduct Mediation [ECF No. 23], filed by Defendant Citi Mortgage.

The Defendant relays that the court-appointed mediator has refused to accept the hourly rate of $250 set by Administrative Order 2008-08, instead demanding to paid at $400 per hour. As such, Defendant would like the Court to order the Clerk to appoint a different mediator. Defendant also seeks an extension of the January 14, 2013 deadline to schedule mediation. The Court previously denied without prejudice Defendant's requests for failure to comply with the requirements of Local Rule 7.1(a)(3). Defendant has now complied with the Local Rule.

This Motion [ECF No. 23] is **GRANTED**. The Clerk is directed to strike Patrick C. Massa of Matrix Mediation as mediator in this case for failure to follow this District's Administrative Order 2008-08. The Clerk shall also appoint a new mediator forthwith. Once the Clerk has selected a new mediator, the parties shall have 14 days to file a proposed order scheduling mediation.

**DONE and ORDERED** in chambers, at Miami, Florida on January 14, 2013.

                                                  ROBERT N. SCOLA, JR.
                                                  UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of Record;

Maria A. Palacio,
10463 Greenwich Ct. E.,
Boca Raton, FL 33428